# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **MAVRIX PHOTOGRAPHS LLC,**<br>     **Plaintiff,**<br>   vs.<br>**PAIRODY.COM,**<br>     **Defendant.** | Case No.: SACV 13-00338-CJC(JPRx)<br><br><br>**PERMANENT INJUNCTION** |

    This matter came before the Court on Plaintiff Mavrix Photographs LLC's ("Mavrix") Motion for Default Judgment (Dkt. No. 10.) Concurrently herewith, the Court issued a Judgment and corresponding Order granting Mavrix's motion and finding that Mavrix is entitled to permanent injunctive relief against Defendant Pairody.com ("Pairody").

//
//
//
//
//
//

IT IS HEREBY ORDERED that Pairody and its agents, servants, employees and all persons acting under its permission or authority shall be permanently enjoined and restrained from infringing, in any manner, the images copyrighted by Mavrix under the following registration numbers:

VA 1-721-802

VA 1-788-833

VA 1-797-468

VA 1-737-808

This injunction is effective immediately.

DATED:     September 4, 2013

_____

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE